UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC D. MOSLEY,<br><br>        Petitioner,<br><br>   v.<br><br>B.M. TRATE,<br><br>        Respondent. | Case No.   1:22-cv-00797-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION<br><br>(Doc. No. 4) |

      Petitioner Isaac D. Mosley, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 29, 2022. (Doc. No. 1). On July 5, 2022, Petitioner filed a "Motion for Permission to Supplement," now pending before the Court. (Doc. No. 4). Petitioner seeks permission to supplement his Petition with "intervening case law authority." (*Id*.)

      The Supreme Court has instructed the federal courts to liberally construe the "inartful pleading[s]" of pro se litigants. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982). Here, despite entitling the document at issue a motion to "supplement," the Court construes the instant motion as a motion to amend his Petition. The Federal Rules of Civil Procedure may be applied to habeas proceedings to the extent such rules are not inconsistent with the statutory provisions of

the Habeas Rules. Rules Governing Section 2254 Cases in the United States District Court, Rule 12. *See also*, Fed. R. Civ. P. 81(a)(4). Federal Rule of Civil Procedure 15(a) allows a litigant to amend his operative pleading once "as a matter of course" within 21 days of serving his pleading. Fed. R. Civ. P. 15(a)(1). The Court the Court has not yet screened the Petition nor directed service of the Petition. Thus, Petitioner may amend his Petition as a right. Fed. R. Civ. P. 15(a).

Should Petitioner file a First Amended Petition, he is also advised that the amended petition will supersede the original petition and become the operative pleading. *See Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc). It must be complete without reference to the prior petition or any superseded pleading, and must include all grounds for relief and supporting facts. *See also* Local Rule 220. The Court does not accept piecemeal pleadings.

Accordingly, it is **ORDERED**:

1. Petitioner's "Motion for Permission to Supplement" (Doc. No. 4) construed as motion to amend is **GRANTED**.[1]

2. Petitioner shall file a First Amended Petition within **thirty (30) days** from the date of service of this Order.

Dated: July 21, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's granting of a motion to amend a petition should not be construed as a waiver or tolling of the federal limitations under AEDPA, to the extent applicable.