1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ISAAC D. MOSLEY,                              Case No.  1:22-cv-00797-HBK (HC)

12                     Petitioner,                  ORDER DIRECTING CLERK OF COURT TO
                                                    CLOSE CASE
13           v.
                                                    (Doc. No. 18)
14    B.M. TRATE,
                                                    ORDER MOOTING MOTION TO DISMISS
15                     Respondent.
                                                    (Doc. No. 16)
16

17

18

19          Petitioner Isaac D. Mosley ("Petitioner"), a federal prisoner, is proceeding pro se with a

20    First Amended Petition for writ of habeas corpus under 28 U.S.C. § 2241.[1]  (Doc. No. 14).

21    Respondent filed a Motion to Dismiss the First Amended Petition for lack of jurisdiction.  (Doc.

22    No. 16).  Petitioner filed a response to the Motion to Dismiss.  (Doc. No. 17).  On March 8, 2023,

23    Petitioner filed a request for dismissal without prejudice pursuant to Federal Rule of Civil

24    Procedure 41(a)(1).  (Doc. No. 18).

25          Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may

26    dismiss an action without a court order by filing ... a notice of dismissal before the opposing party

27    _____

28    [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C.
      §636(c)(1).  (Doc. No. 13).

1    serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).

2    Voluntary dismissal under this rule requires no action on the part of the court and divests the

3    court of jurisdiction upon the filing of the notice of voluntary dismissal.  *See United States v. 475*

4    *Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008) (voluntary dismissal pursuant to Rule

5    41(a)(1)(A)(i) is self-executing and requires no further action by court).  Rule 41(a)(1) has been

6    found to apply in the habeas context where the respondent had not yet filed an answer to the

7    petition.  *See Bhamani v. Apker*, No. 1:17-cv-01572-DAD-JLT (HC), 2018 WL 684896, at *1

8    (E.D. Cal. Feb. 1, 2018) ("Rule 41(a)(1) has been found to apply in the habeas context where the

9    respondent had not yet filed an answer to the petition." (collecting cases)).

10          In this case, Respondent has not served either an answer or a motion for summary

11   judgment.  Thus, Petitioner's notice of dismissal is effective upon its filing and without a court

12   order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

13          ACCORDINGLY, it is ORDERED:

14       1.   The Clerk of Court shall terminate Respondent's Motion to Dismiss (Doc. No. 16) as

15            MOOT.

16       2.   The Clerk of Court shall **CLOSE** this case to reflect Petitioner's notice of voluntary

17            dismissal and terminate all remaining deadlines.

18

19   Dated:    March 10, 2023

20                                              HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                                   2